**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL DE JESUS FELIPE VIVES,<br><br>                    Petitioner,<br><br>          v.<br><br>DIRECTOR OF THE ICE DETENTION CENTER, *et al.*,<br><br>                    Respondents. | Case No. 1:26-cv-00895-JLT-CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE FOR NON-PARTY VERONICA YESENIA MADRIGAL GUIZAR'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS (A-Number 244 116 182)<br><br>(Doc. 9) |

Non-party Veronica Yesenia Madrigal Guizar initiated this action by filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, on behalf of her spouse, Angel De Jesus Felipe Vives, on February 4, 2026. (Doc. 1.) Ms. Madrigal Guizar represents that her husband is currently detained by Immigration and Customs Enforcement at Mesa Verde Detention Facility in Bakersfield, California. *See id.* On February 6, 2026, the assigned magistrate judge directed Ms. Madrigal Guizar to file a signed petition and a response setting forth facts establishing that she met the prerequisites to proceed as "next friend" for Mr. Felipe Vives. (*See* Doc. 5.)

On March 3, 2026, after Ms. Madrigal Guizar failed to file a signed petition or response, the magistrate judge issued an order directing her to show cause in writing why this action should not be dismissed, requiring her to respond within 14 days of entry of the order. (Doc. 8.) After Ms. Madrigal Guizar failed to file a response to the order to show cause, the magistrate judge

issued findings and recommendations on March 31, 2026, to dismiss this action for failure to prosecute and comply with the Court's orders. (Doc. 9.).

The magistrate judge found that, pursuant to Rule 11(a) of the Federal Rules of Civil Procedure and Local Rule 131(b), every pleading must be signed and Ms. Madrigal Guizar has failed to file a signed petition despite notice. (*Id.* at 3.) The magistrate judge evaluated the factors set forth in *Carey v. King*, 856 F.2d 1439 (9th Cir. 1988), regarding dismissal, finding that the factors weigh in favor of dismissal as Ms. Madrigal Guizar has failed to comply with the Court's orders and prosecute the action, there are no other reasonable alternatives to address her failure, a presumption of injury to Respondents holds given the unreasonable delay, Ms. Madrigal Guizar's failure to comply prevents the action from progressing toward disposition on the merits, and the Court's prior warning that failure to obey the Court's order will result in dismissal (Doc. 8 at 2) satisfied the "considerations of the alternatives" requirement. (Doc. 9 at 4.)

The Court served the findings and recommendations on Ms. Madrigal Guizar and informed her that objections were due within 14 days. *Id.* at 5. The findings and recommendations advised her that failure to file objections within the specified time may result in the waiver of certain rights on appeal. (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) Ms. Madrigal Guizar did not file any objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations (Doc. 9) are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

_____
UNITED STATES DISTRICT JUDGE

2